

LISA GRUEN (SBN 116077)
*lgruen@goldbergsegalla.com*
ALEXANDRA ASCIONE (SBN 316499)
*aascione@goldbergsegalla.com*
**GOLDBERG SEGALLA LLP**
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
Telephone: 213.415.7200
Facsimile: 213.415.7299

Attorneys for Defendant
MICHAEL D. COLLINS, II

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANTE KING,

Plaintiff,

vs.

TJC TRANSPORT, LLC DBA COASTLINE TRANSPORT; MICHAEL DAVID COLLINS, II; AND DOES 1 THROUGH 50 INCLUSIVE

Defendants.

CASE NO.:
[State Complaint Filed on February 17, 2021]
**Trial Date: None**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a), 1446 and the applicable Local Rules of the Central District of California, Defendant, Michael D. Collins, II ("Defendant") hereby removes this action from the Superior Court of California, County of San Bernardino. In support thereof, Defendant states as follows:

## PROCEDURAL BACKGROUND

1. On or about February 17. 2021, Plaintiff Dante King filed a Complaint in a civil action for money damages in the Superior Court of California County of San Bernardino, against Defendant being Case No. CIV SB 2106264 (the "State Action").



Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

2. The documents attached as Exhibit "A" constitute all of the process and pleadings served and filed in this action to date, pursuant to 28 U.S.C. § 1446(a).

3. A copy of the Complaint was delivered Defendant on April 10, 2021. *See* Exhibit A.

4. Upon information and belief, defendant TJC Transport, LLC d/b/a Coastline Transport has not yet been served.

5. This Notice of Removal is filed in the United States District Court for the Central District of California, within the district and division embracing the place where the state court case was filed as required by 28 U.S.C. §§ 1332 and 1441(a).

6. Upon information and belief, Plaintiff is a citizen of the Commonwealth of Pennsylvania.

7. Defendant is a citizen of Arizona.

8. While not yet served, defendant TJC Transport LLC is incorporated and principally located in the State of Texas.

9. Therefore, complete diversity of citizenship exists between the Plaintiff and Defendants.

10. Removal of this case is proper under 28 U.S.C. § 1441 and 28 U.S.C. § 1332, because complete diversity of citizenship exists between the Plaintiff and Defendants, and the amount in controversy exceeds $75,000.00, exclusive of costs, interest, and attorney's fees.

11. Pursuant to 28 U.S.C. § 1146(C)(2)(b) and 28 U.S.C. 1446(c)(3)(A), the amount in controversy exceeds $75,000.00, exclusive of interest, costs, and attorney fees.

12. This Notice is timely as it is being filed within thirty days of receipt by Defendant of Plaintiff's Complaint. *See* 28 U.S.C. § 1446(b), 28 U.S.C. § 1446(c).

13. Defendant has satisfied all procedural requirements with respect to timing, diversity of citizenship, and amount in controversy and removal to this Court is proper. *See* 28 U.S.C. §§ 1332, 1441, and 1446.

14. The undersigned has served a notice of the removal of this action on the Plaintiff by serving her counsel with this Notice of Removal and has also filed a copy of this Notice of Removal and all attachments thereto with the Clerk of the Superior Court of California County of San Bernardino. A copy of the Notice to Adverse Parties and the Superior Court of Removal of Action is attached hereto as Exhibit "B."

15. As this action asserts a claim between diverse parties for an amount greater than the jurisdictional threshold, the requirements of 28 U.S.C. § 1332 have been satisfied and removal to this Court is proper.

WHEREFORE, Defendant respectfully request this case be entered upon the docket of the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1441 and 1446.

DATED: May 10, 2021

GOLDBERG SEGALLA, LLP

By: [signature]

LISA P. GRUEN, ESQ.
ALEXANDRA ASCIONE, ESQ.
Attorneys for Defendant,
MICHAEL D. COLLINS, II

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

# EXHIBIT "A"

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

FEB 17 2021

BY ASHLEE BAYLESS, DEPUTY

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

DANTE KING

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

TJC TRANSPORT, LLC DBA COASTLINE TRANSPORT; MICHAEL DAVID COLLINS, II; AND DOES 1 THROUGH 50 INCL.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡**AVISO!** Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Justice Center
247 West Third Street
San Bernardino, CA 92415

CASE NUMBER:
*(Número del Caso):*
CIV SB 2106264

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jeffrey D. Wolf, Esq. Heimanson & Wolf, LLP Century Park East, Suite 508, LA, CA 90067 310-446-1522

DATE: *(Fecha)* FEB 17 2021 Clerk, by *(Secretario)* Ashlee Bayless, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:





COPY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

FEB 17 2021

BY ASHLEE BAYLESS, DEPUTY

COPY

Jeffrey D. Wolf (SBN 204548)
Andres N. Lugo (SBN 311166)
HEIMANSON & WOLF, LLP
1880 Century Park East, Suite 508
Los Angeles, California 90067
(310) 446-1522
(310) 881-1148

Counsel for Plaintiff,
DANTE KING

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO

| | |
|---|---|
| DANTE KING,<br><br>Plaintiff,<br><br>vs.<br><br>TJC TRANSPORT, LLC DBA COASTLINE TRANSPORT; MICHAEL DAVID COLLINS, II; AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>Defendants | Case No.: CIV SB 2106264<br><br>COMPLAINT FOR DAMAGES |

Comes Now, Plaintiff DANTE KING, and alleges as follows:

1. Plaintiff Dante King is a competent adult.

2. The true names or capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of Defendants Does 1 through 50, Inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names. The full extent of the facts linking said fictitiously designated defendants with the cause of action alleged herein is unknown to Plaintiff. Plaintiff is informed and believes, and thereupon alleges, that each of the Defendants designated herein as Does 1 through 50, Inclusive, was and is negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly, wrongfully and legally responsible in some manner for the events and happenings hereinafter referred to, and thereby negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly, wrongfully,

legally and proximately caused injury and damages to Plaintiff. Plaintiff will hereafter ask leave of court to amend this complaint to show said Defendants' true names and capacities after the same have been ascertained.

3. At all times mentioned herein, the Defendants and all of them and Does 1 through 50, Inclusive, were the agents, servants, employees, partners, or alter egos of the other defendants, and performed the acts, matters or occurrences alleged herein within the course and scope of said employment, agency or contractual arrangements, and with the knowledge, authority and ratification of each of the other defendants.

4. At all times mentioned herein, the Defendants and Does 1 through 50, Inclusive, and each of them, were members of and engaged in a joint venture or common enterprise.

5. On March 6, 2019, Plaintiff Dante King was a passenger in a 2018 Freightliner which was parked on the right shoulder of westbound Interstate 40, disabled as a result of a tire blow out. Defendant Collins was operating a Freightliner for the other Defendants, headed westbound on Interstate 40. Defendant Collins collided into Mr. King's freightliner. Defendants caused the collision as well as the injuries and damages to Plaintiff Dante King.

**First Cause of Action**

(Motor Vehicle Negligence against All Defendants and Does 1 through 50 Inclusive)

6. Plaintiff incorporates by reference, as though fully set forth at length, paragraphs 1 through 5, inclusive, of this Complaint.

7. Plaintiff alleges that the acts of the Defendants were negligent, that the acts were the legal (proximate) cause of the injuries and damages to Plaintiff, the acts occurred on March 6, 2019 at or about Interstate 40 westbound in San Bernardino, California.

8. Plaintiff alleges that Defendants negligently owned, repaired, operated, controlled, inspected, maintained, and entrusted the motor vehicle.

9. Plaintiff alleges that Defendants employed the driver of Defendants' motor vehicle and that the Defendant driver operated the vehicle with Defendant employer's permission and in the course and scope of the employment.

10. As a result of the negligent and wrongful conduct on the part of the Defendants, Plaintiff suffered past and future economic and non-economic damages.

**Second Cause of Action**

(General Negligence against All Defendants and Does 1 through 50 Inclusive)

11. Plaintiff incorporates by reference, as though fully set forth at length, paragraphs 1 through 10, inclusive, of this Complaint.

12. Plaintiff alleges that Defendants negligence consists of all of the following conduct on the part of Defendants:

a. the negligent ownership, operation, use and control of a motor vehicle;

b. the negligent entrustment of a motor vehicle;

c. the negligent repair, inspection, maintenance, alteration, and modification of a motor vehicle;

d. the negligent failure to warn of the danger of the motor vehicle;

e. any other form of negligence that caused or contributed to the incident out of which this action arises.

13. The conduct of Defendants and each of them was a substantial factor in bringing about past and future economic and non-economic damages to Plaintiff.

Wherefore, Plaintiff Dante King prays for judgment against the Defendants, for all Causes of Action hereinabove, as follows:

1. General damages, according to proof;
2. Special damages, according to proof;
3. Costs of suit incurred herein;
4. Prejudgment interest; and
5. Such other and further relief as this court may deem just.

Dated: February 17, 2021

HEIMANSON & WOLF, LLP

By: ______________________

JEFFREY D. WOLF
ANDRES N. LUGO
Attorneys for Plaintiff,
DANTE KING

COPY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Dante King

vs.

TJC Transport, LLC dba Coastline Transport,

Case No. CIV SB 2106264

**CERTIFICATE OF ASSIGNMENT**

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the Central District of the Superior Court under Rule131 and General Order of this court for the checked reason:

☒ General ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☒ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other ______ | ______ |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Where Incident took place — NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR
Westbound Interstate 40 — ADDRESS

San Bernardino — CITY
CA — STATE
92363 — ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on February 12, 2021 at Los Angeles, California.

[signature]
*Signature of Attorney/Party*

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name):<br>FAX NO. (Optional): | TRIAL SETTING CONFERENCE DATE: ______________<br>UNLIMITED CASE: _____<br>LIMITED CASE: _____ | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO** | | |
| COURTHOUSE ADDRESS: | | |
| PLAINTIFF: | | |
| DEFENDANT: | | |
| **INITIAL TRIAL SETTING CONFERENCE STATEMENT** | | CASE NUMBER: |

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided. This document must be filed and served at least 15 days prior to the trial setting conference date.**

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (*name)*:
   b. ☐ This statement is submitted jointly by parties (*names*):

2. **Service of Complaint** on all parties has ☐ has not ☐ been completed.

3. **Service of Cross-Complaint** on all parties has ☐ has not ☐ been completed.

4. **Description of case** in Complaint:

5. **Description of case** in Cross-Complaint:

6. Has all discovery been completed: Yes ☐ No ☐ Date discovery anticipated to be completed: ______________

7. Do you agree to mediation? Yes ☐ No ☐ Please check type agreed to: Private: ______ Court-sponsored: ______

8. **Related cases, consolidation, and coordination**: Please attach a Notice of Related Case.

   ☐ A motion to ☐ consolidate ☐ **Trial dates requested: Yes** ☐ No ☐ Available dates: ______________
   Time estimate: __________

9. **Other issues**:
   ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer**:
    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached (*if any*): _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.

Date: ______________

______________________________ ______________________________
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY

______________________________ ______________________________
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name):<br>FAX NO. (Optional): | TRIAL SETTING CONFERENCE DATE: ______________<br>UNLIMITED CASE: ____<br>LIMITED CASE: ____ | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO** | | |
| COURTHOUSE ADDRESS: | | |
| PLAINTIFF: | | |
| DEFENDANT: | | |
| **INITIAL TRIAL SETTING CONFERENCE STATEMENT** | | CASE NUMBER: |

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided. <u>This document must be filed and served at least 15 days prior to the trial setting conference date.</u>**

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (*name)*:
   b. ☐ This statement is submitted **jointly** by parties (*names*):

2. **Service of Complaint** on all parties has ☐ has not ☐ been completed.

3. **Service of Cross-Complaint** on all parties has ☐ has not ☐ been completed.

4. **Description of case** in Complaint:

5. **Description of case** in Cross-Complaint:

6. Has all discovery been completed: Yes ☐ No ☐ Date discovery anticipated to be completed: ________________

7. Do you agree to mediation? Yes ☐ No ☐ Please check type agreed to: Private: ______ Court-sponsored: ______

8. **Related cases, consolidation, and coordination:** Please attach a Notice of Related Case.

   ☐ A motion to ☐ consolidate ☐ **Trial dates requested: Yes** ☐ No ☐ Available dates: ____________________ Time estimate: ________

9. **Other issues:**

   ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer:**

    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached (*if any*): ____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.

Date: ______________

| ______________________ | ______________________ |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF PARTY OR ATTORNEY |
| (TYPE OR PRINT NAME) | (SIGNATURE OF PARTY OR ATTORNEY |



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| Dante King-V-TJC Transport, Et al | |
|---|---|
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number<br>CIVSB2106264 |

Heimanson & Wolf, LLP
1880 Century Park East
Suite 508
Los Angeles CA 90067

This case has been assigned to: John M Pacheco in Department S31 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date: 09/28/2021 at 9:00 AM in Department S31 - SBJC

Date: 4/1/2021

Nancy CS Eberhardt, Court Executive Officer

By: ____________________
Ashlee Bayless, Deputy Clerk

---

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:

- ☒ Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.
- ☐ Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.
- ☐ A copy of this notice was given to the filing party at the counter.
- ☐ A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.

Date of Mailing: 4/1/2021

I declare under penalty of perjury that the forgoing is true and correct. Executed on 4/1/2021 at San Bernardino, CA.

By: ____________________
Ashlee Bayless, Deputy Clerk

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Jeffery D. Wolf (State Bar No.: 204548)
Heimanson & Wolf, LLP
1880 Century Park East, Suite 508
Los Angeles, California 90067
TELEPHONE NO.: (310) 446-1522 FAX NO.: (310) 881-1148
ATTORNEY FOR *(Name):* Plaintiff, Dante King

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION
FEB 17 2021
BY ASHLEE BAYLESS, DEPUTY

COPY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: San Bernardino, 92415
BRANCH NAME: Justice Center

CASE NAME:
Dante King v. TJC Transport, LLC dba Coastline Transport, et al

**CIVIL CASE COVER SHEET**

☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less)

**Complex Case Designation**

☐ Counter ☐ Joinder

Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: CIVSB 2106264

JUDGE:

DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☑ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   - a. ☐ Large number of separately represented parties
   - b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   - c. ☐ Substantial amount of documentary evidence
   - d. ☐ Large number of witnesses
   - e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   - f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. ☑ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: February 12, 2021
Jeffrey D. Wolf, Esq.
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.



Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

# EXHIBIT "B"

LISA GRUEN (SBN 116077)
*lgruen@goldbergsegalla.com*
ALEXANDRA ASCIONE (SBN 316499)
*aascione@goldbergsegalla.com*
**GOLDBERG SEGALLA LLP**
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
Telephone: 213.415.7200
Facsimile: 213.415.7299

Attorneys for Defendant
MICHAEL DAVID COLLINS, II

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN BERNARDINO**

DANTE KING,

Plaintiff,

vs.

TJC TRANSPORT, LLC DBA COASTLINE TRANSPORT; MICHAEL DAVID COLLINS, II; AND DOES 1 THROUGH 50 INCLUSIVE,

Defendants.

CASE NO.: CIVSB 2106264
[Complaint Filed on February 17, 2021]
Trial Date: None

**NOTICE TO ADVERSE PARTIES AND THE SUPERIOR COURT OF REMOVAL OF ACTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, AND TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF SACRAMENTO:**

PLEASE TAKE NOTICE that Defendant MICHAEL DAVID COLLINS, II filed a Notice of Removal of this action in the United States District Court for the Central District of California on May 10, 2021. The Superior Court of the State of California, County of San Bernardino is hereby advised that, pursuant to 28 U.S.C. §§ 1446, the filing of the Notice of Removal in the United States District Court, together with the service and filing of a copy of that Notice with this Court, effects the removal of the above-entitled action, which can proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court. A copy of the Notice of Removal is attached to this Notice as **Exhibit A**, and is served and filed herewith.



Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

Defendants therefore reserve all defenses and objections to Plaintiff's Complaint, including but not limited to, lack of personal jurisdiction, improper venue, forum non conveniens, insufficiency of process, insufficiency of service of process, and failure to state a claim upon which relief can be granted.

DATED: May 10, 2021

GOLDBERG SEGALLA, LLP

By: [signature]

LISA P. GRUEN, ESQ.
ALEXANDRA ASCIONE, ESQ.
Attorneys for Defendant,
MICHAEL DAVID COLLINS, II

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 777 Figueroa St., Ste., 2000, Los Angeles, California 90017.

On May 10, 2021, I served the foregoing document described as NOTICE TO ADVERSE PARTIES AND THE SUPERIOR COURT OF REMOVAL OF ACTION on the interested parties in this action:

PLEASE SEE ATTACHED PROOF OF SERVICE LIST

___ by placing true and correct copies thereof enclosed in sealed envelopes addressed as follows:

__ **BY MAIL**. I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail in the County of Los Angeles.

_ **BY PERSONAL SERVICE**. I caused such envelopes to be delivered by hand to the offices of the addressee.

_ **BY FACSIMILE**. I caused such documents to be sent to the address above via the facsimile number indicated.

_ **BY OVERNIGHT MAIL:** By **UPS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, the document listed above was placed in a sealed envelope addressed to the parties set forth on the attached Service List, and delivered to an authorized courier or driver authorized by the express service carrier, with delivery fees fully prepaid or provided for.

X **BY EMAIL** I caused a copy of the document(s) to be sent by email from the email address ataylor@goldbergsegalla.com to the persons at the email addresses listed in the Service List. I did not receive within a reasonable time after the transmission any electronic message or any other indication that the transmission was unsuccessful.

__ **BY ELECTRONIC SERVICE** I electronically served the attached documents(s) on each party or other person that is required to be served and accept service of documents electronically pursuant to Code of Civil Procedure section 1010.6(4).

I am “readily familiar” with this firm’s practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Executed on May 10, 2021, at Los Angeles, California.

X (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_______________________
*Amber Taylor*

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

SERVICE LIST

*King v,. TJC Transport, et al.*

| | |
|---|---|
| Jeffrey D. Wolf, Esq.<br>HEIMANSON & WOLF, LLC<br>1880 Century Park East, Suite 508<br>Los Angles, California 90067<br>jwolf@hwllplaw.com<br><br>*Attorneys for Plaintiff* | |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 777 Figueroa St., Ste., 2000, Los Angeles, California 90017.

On May 10, 2021, I served the foregoing document described as NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441on the interested parties in this action:

PLEASE SEE ATTACHED PROOF OF SERVICE LIST

___ by placing true and correct copies thereof enclosed in sealed envelopes addressed as follows:

__ **BY MAIL**. I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail in the County of Los Angeles.

_ **BY PERSONAL SERVICE**. I caused such envelopes to be delivered by hand to the offices of the addressee.

_ **BY FACSIMILE**. I caused such documents to be sent to the address above via the facsimile number indicated.

_ **BY OVERNIGHT MAIL:** By **UPS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, the document listed above was placed in a sealed envelope addressed to the parties set forth on the attached Service List, and delivered to an authorized courier or driver authorized by the express service carrier, with delivery fees fully prepaid or provided for.

X **BY EMAIL** I caused a copy of the document(s) to be sent by email from the email address ataylor@goldbergsegalla.com to the persons at the email addresses listed in the Service List. I did not receive within a reasonable time after the transmission any electronic message or any other indication that the transmission was unsuccessful.

__ **BY ELECTRONIC SERVICE** I electronically served the attached documents(s) on each party or other person that is required to be served and accept service of documents electronically pursuant to Code of Civil Procedure section 1010.6(4).

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Executed on May 10, 2021, at Los Angeles, California.

X (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Amber Taylor*

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

Goldberg Segalla LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
213.415.7200

SERVICE LIST

*King v. TJC Transport, LLC, et al.*

| | |
|---|---|
| Jeffrey D. Wolf, Esq.<br>***HEIMANSON & WOLF, LLC***<br>1880 Century Park East, Suite 508<br>Los Angles, California 90067<br>jwolf@hwllplaw.com<br><br>*Attorneys for Plaintiff* | |